**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-1129**

_____

BRYAN YANCEY,

        Plaintiff - Appellant,

    v.

WELLS FARGO & COMPANY,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:23-cv-01787-LMB-IDD)

_____

Submitted:  August 27, 2024                    Decided:  August 29, 2024

_____

Before KING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Bryan Yancey, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bryan Yancey appeals the district court's order dismissing without prejudice his complaint for lack of subject matter jurisdiction. This Court "review[s] de novo the district court's dismissal of a complaint for lack of subject matter jurisdiction." *Campbell v. McCarthy*, 952 F.3d 193, 202 (4th Cir. 2020). Federal district courts have original jurisdiction over "all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331. Under the longstanding well-pleaded complaint rule, however, "a suit arises under federal law only when the plaintiff's statement of his own cause of action shows that it is based upon federal law." *Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009) (cleaned up).

Upon our review, we conclude that the district court properly found that it lacked jurisdiction over Yancey's claims. Accordingly, we affirm. We also deny Yancey's motion to expedite. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2